Justin Landreth, WSBA #44849
jlandreth@selmanlaw.com
Daehyun Kim, WSBA #54955
dkim@selmanlaw.com
Robert Meyers, WSBA #24846
bmeyers@selmanlaw.com
SELMAN LEICHENGER EDSON
HSU NEWMAN MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101
Telephone: 206.447.6461

*Attorneys for Plaintiff CONTRACTORS BONDING AND INSURANCE COMPANY*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

AT RICHLAND

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY, ON BEHALF OF ITSELF, AND AS SUBROGEE AND ASSIGNEE OF THE GRANITE GUY LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER INDEMNITY COMPANY<br><br>Defendants. | Case No. 2:24-cv-05081<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY ROBERT MEYERS** |

TO:         THE CLERK OF THE COURT

AND TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Robert Meyers of Selman Leichenger Edson Hsu

NOTICE OF WITHDRAWAL OF ATTORNEY ROBERT MEYERS
Case No.: 2:24-cv-05081

SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

3902 47498 4868-1778-5807 .v1

Newman Moore LLP hereby withdraws as counsel for Plaintiff Contractors Bonding and Insurance Company, effective immediately. Justin Landreth and Daehyun Kim remain as counsel for said Plaintiff.

Dated this 11th day of July, 2024.

SELMAN LEICHENGER EDSON
HSU NEWMAN MOORE LLP

By: *s/ Rebert Meyers*
Robert Meyers, WSBA #24846
bmeyers@selmanlaw.com
Selman Leichenger Edson
Hsu Newman Moore LLP
600 University Street, Suite 2305
Seattle, WA 98101
T: 206.447.6461

*Attorneys for Plaintiff Contractors Bonding and Insurance Company*

NOTICE OF WITHDRAWAL OF ATTORNEY
ROBERT MEYERS
Case No.: 2:24-cv-05081

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

3902 47498 4868-1778-5807 .v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the date noted below I filed the foregoing NOTICE OF WITHDRAWAL OF ATTORNEY ROBERT MEYERS with the Clerk of the Court of the United States District Court for the Eastern District of Washington using the CM/ECF system which will send notification of the filing to all counsel of record who receive CM/ECF notification.

DATED this 11th day of July, 2024.

*s/ Emily Rose*
Emily Rose
erose@selmanlaw.com

---

NOTICE OF WITHDRAWAL OF ATTORNEY ROBERT MEYERS
Case No.: 2:24-cv-05081

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

3902 47498 4868-1778-5807 .v1