FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY *on behalf of itself* and as assignee of The Granite Guy LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER INDEMNITY COMPANY,<br><br>Defendant. | No. 4:24-CV-05081-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 54** |

Before the Court is the parties' Stipulation and [Proposed] Order of Dismissal of all Claims with Prejudice, ECF No. 54.  The parties stipulate to the dismissal of all claims with prejudice and without an award of costs or fees.  *Id.* at 1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared.  The Stipulated Motion of Dismissal is signed by all parties who have appeared.

Accordingly, **IT IS HEREBY ORDERED:**

ORDER - 1

1.    The parties' Stipulation and [Proposed] Order of Dismissal of all Claims with Prejudice, **ECF No. 54**, is **GRANTED.**

2.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3.    Any pending motions are **DENIED as moot**.

4.    All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED January 7, 2026.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2